UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CASSANDRA KUNZE and<br>ELLEN KUNZE,        …Plaintiffs<br><br> v.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,           …Defendant. | )<br>)<br>)<br>)   Case No.  17-CV-619-JED-FHM<br>)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the undersigned counsel for the Plaintiffs and the Defendant hereby jointly stipulate to the dismissal of the above-styled action with prejudice, each party to bear its own fees and costs.

Dated this 17th day of January, 2019.

**APPROVED**:

**PLAINTIFFS**:                                                              **DEFENDANT**:

s/ James C. Linger*                                                       s/ Barbara Moschovodis
James C. Linger, OBA#5441                                      Barbara M. Moschovidis, OBA# 31161
1710 South Boston Avenue                                        Mia Vahlberg, OBA#20357
Tulsa, Oklahoma 74119-4810                                   GableGotwals
(918) 585-2797 Telephone                                         1100 ONEOK Plaza
(918) 583-8283 Facsimile                                           Tulsa, Oklahoma 74103-4217
bostonbarristers@tulsacoxmail.com                        (918) 595-4800 Telephone
                                                                                       (918) 595-4990 Facsimile
                                                                                       mvahlberg@gablelaw.com
                                                                                       bmoschovidis@gablelaw.com

*Counsel for Plaintiffs*                                                 *Counsel for Defendant*
                                                                                       *State Farm Fire and Casualty Company*

***Signed by filing attorney with permission***

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January, 2019, I electronically transmitted this Joint Stipulation of Dismissal with Prejudice to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Barbara Moschovodis
Mia Vahlberg
James C. Linger

s/ James C. Linger
James C. Linger, OBA#5441
bostonbarristers@tulsacoxmail.com
1710 South Boston Avenue
Tulsa, Oklahoma 74119-4810
(918) 585-2797 Telephone
(918) 583-8283 Facsimile
